LEVINE, STALLER, SKLAR, CHAN,
BROWN & DONNELLY, P.A.
Counselors at Law
3030 Atlantic Avenue
Atlantic City, New Jersey 08401
(609) 348-1300
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRUCE A. BOOKACH,<br><br>  Plaintiff,<br><br>v.<br><br>TRUMP ENTERTAINMENT RESORTS, INC. t/a TRUMP PLAZA; TRUMP PLAZA ASSOCIATES, LLC t/a TRUMP PLAZA; EMPLOYEE RELATIONS SUPERVISOR BARBARA HULSIZER (Aider and Abettor); and JOHN DOE TRUMP CORPORATE ENTITIES, SUCCESSOR COMPANIES and DECISION-MAKERS,<br><br>  Defendants. | Case No. 1:12-cv-01234-JHR-JS<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having been amicably settled by and between the parties, IT IS hereby stipulated and agreed that the Complaint against all Defendants in this action is DISMISSED with prejudice and without costs to either party.

| | |
|---|---|
| RICHARD L. PRESS & ASSOCIATES, L.L.C. | LEVINE, STALLER, SKLAR, CHAN BROWN & DONNELLY, P.A. |
| By: _/s/ LaTonya N. Bland-Tull_<br>LaTonya N. Bland-Tull, Esq.<br>Attorney for Plaintiff | By: _/s/ John M. Donnelly_<br>John M. Donnelly, Esquire<br>Attorneys for Defendant/Counterclaimant |
| Date: February 8, 2013 | Date: March 22, 2013 |